## MILLER'S POND COMPANY, LLC *v.* ARTHUR J. ROCQUE, COMMISSIONER OF ENVIRONMENTAL PROTECTION

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 395 (AC 21850), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the actions of the defendant, the commissioner of environmental protection, was a final decision in a contested case within the meaning of the Uniform Administrative Procedure Act?"

The Supreme Court docket number is SC 16834.

*Richard F. Webb*, assistant attorney general, in support of the petition.

*Richard S. Cody*, in opposition.

Decided September 19, 2002

## SYLBERT RAMSAY *v.* CAMRAC, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 314 (AC 21982), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John H. Hanks*, in support of the petition.

*Zbigniew S. Rozbicki*, in opposition.

Decided September 19, 2002